UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON HOLBROOK, #382196,

    Petitioner,

v.                    CASE NO. 2:13-CV-11235
                     HONORABLE SEAN F. COX

S. L. Burt,

    Respondent.
_____/

## **ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

This matter is before the Court on Petitioner's motion for reconsideration concerning the Court's February 27, 2020 opinion and order denying his federal habeas petition. The Court also denied a certificate of appealability and denied leave to proceed in forma pauperis on appeal. Having reviewed the matter, the Court finds no reason to reconsider its decision. A motion for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner raises such issues in his motion. He also fails to meet his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court denies Petitioner's motion. No further pleadings should be filed in this matter. This case remains closed.

    **IT IS SO ORDERED**.

                                    s/Sean F. Cox
                                    SEAN F. COX
                                    UNITED STATES DISTRICT JUDGE

Dated: April 1, 2020